UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

WILBERT K.A. TURNER,

        Plaintiff,

  -v-                                                   No. 19 CV 6529-LTS-GWG

DET. CHRISTOPHER KELLY et al.,

        Defendants.
-------------------------------------------------------x

## ORDER

On February 3, 2020, the Court received a letter from pro se Plaintiff Wilbert K.A. Turner. (See Docket Entry No. 27.) In his letter, Mr. Turner states that his documents were destroyed as a result of a recent fire in the jail. Mr. Turner requests the docket number for the above-captioned case. As shown above, the Docket number is: 19 CV 6529.

Mr. Turner also states that he recently wrote to the Court requesting verification of documents pertaining to the above-captioned matter, mistakenly using the docket number of another case that he has pending in this Court. That communication was docketed in the related case Turner vs. Dellapia, et al., 18 CV 1973, and the Court entered an order in that case acknowledging the communication and stating that, in view of the pending motion to dismiss that case, discovery issues would not be addressed before the dismissal motion is resolved. (See Docket Entry No. 80 in case 18 CV 1973.) The Court notes that there is a pending motion to dismiss in the above-captioned case as well. Discovery issues will be addressed if this case

continues after the motion to dismiss has been decided.

        SO ORDERED.

Dated: New York, New York
      February 5, 2020

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge

Copy mailed to:
Wilbert K.A. Turner
25352-083
Metropolitan Correctional Center
150 Park Row
New York, NY 10007